UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGUEL ZACARIAS SANDOVAL,<br><br>        Defendants. | Case No. 1:08-cr-00054-DAD-1<br><br>ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AND RECALL WARRANT PURSUANT TO FED. R. CRIM. PROC. 48 (a)<br><br>(Doc. No. 53) |

Due to the age of this case and in the interest of justice, the government's motion to dismiss the indictment and recall the warrant as to the above named defendant is GRANTED.

IT IS SO ORDERED.

Dated: __March 8, 2016__       _____
                                UNITED STATES DISTRICT JUDGE